*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*




# MEMORANDUM OPINION

No. 04-10-00091-CR

**EX PARTE SEAN DECLET**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2009-W-0371
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  August 4, 2010

DISMISSED

On April 29, 2010, we abated this cause to the trial court to conduct a hearing on whether appellant desires to prosecute his appeal. On July 23, 2010, the reporter's record from the trial court hearing was filed. Appellant's attorney, Mr. Charles Jones, stated appellant did not wish to pursue his appeal. The appeal is therefore DISMISSED.

PER CURIAM

Do not publish